UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARTER OAK FIRE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>HUDSON BAY INSULATION COMPANY; PETER BETHMANN, husband; BRANDY BETHMANN, wife; and DKB, INC.,<br><br>  Defendants. | NO: 4:16-CV-5013-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal (ECF No. 5). Pursuant to Plaintiff's notice, all claims and causes of action are **DISMISSED** without prejudice and without fees or costs to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

///

///

///

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS ORDERED:**

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

The District Court Executive shall enter this order, provide copies to counsel, and **CLOSE** the file.

Dated February 25, 2016.



_____
THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2